# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01283-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

GARRY ZIKA,

     Plaintiff,

v.

[NO NAMED DEFENDANT],

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Garry Zika, is a prisoner in the custody of the Colorado Department of
Corrections who currently in incarcerated at the Cheyenne Mountain Re-Entry Center in
Colorado Springs, Colorado.  He has submitted a letter in which is appears to be
attempting to initiate two separate lawsuits against Local 720 Union and Rocky
Mountain Prestress.  Therefore, two separate actions have been initiated.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has
determined that the submitted document is deficient as described in this order.  Plaintiff
will be directed to cure the following if he wishes to pursue his claims.  Any papers that
Plaintiff files in response to this order must include the civil action number noted above
in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>     is not submitted
(2)   <u>  </u>     is missing affidavit
(3)   <u>X</u>     is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   <u>  </u>     is missing certificate showing current balance in prison account

(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or
          habeas application
(9)   __   An original and a copy have not been received by the court.
          Only an original has been received.
(10)  __   other: _____

**Complaint, Petition or Application**:
(11)  X    is not submitted
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court.  Only an
          original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been
          received by the court.
(18)  __   names in caption do not match names in text
(19)  X    other: It is not clear to the Court whether Plaintiff intends to initiate a Title
          VII action or a 42 U.S.C. § 1983 action

Accordingly, it is

        ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

        FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used

in initiating an action in this Court (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  Plaintiff should determine whether he requires the forms to

initiate a Title VII action or the forms to initiate a 42 U.S.C. § 1983 action.  It is

        FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the action will be dismissed without

further notice.  It is

FURTHER ORDERED that, to the extent Plaintiff requests the appointment of counsel to represent him, the request is denied as premature.

DATED May 18, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge