IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01283-CMA-MEH

GARRY ZIKA,

    Plaintiff,

v.

ROCKY MOUNTAIN PRESTRESS INC.,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 31, 2012.**

    Plaintiff's "Motion: Notice" [filed October 30, 2012; docket #63] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G. Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party. Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." Plaintiff's motion contains no indication of service on Defendant. Additionally, Plaintiff's motion appears to be a statement to the Court regarding the status of Plaintiff's Rule 26(a) disclosures. Plaintiff is reminded that he is not required to file discovery with the Court, and that he should not use the term "motion" in reference to documents unless he is seeking distinct relief from the Court.