## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-01283-CMA-MEH

GARRY ZIKA,

    Plaintiff,

v.

ROCKY MOUNTAIN PRESTRESS INC.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation for Dismissal (Doc. # 68), signed by the parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

DATED:  November  07 , 2012

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Court Judge